**Order entered August 12, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00446-CV

### JONI DODD, Appellant

### V.

### MONA WOOTEN, ET AL., Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02912**

## ORDER

Before the Court is appellant's August 9, 2019 second motion for an extension of time to file her amended brief on the merits. We **GRANT** the motion and extend the time to **September 16, 2019**.

We caution appellant that further extension requests will be strongly disfavored. We further caution appellant that failure to file, by September 16, 2019, an amended brief correcting the noted deficiencies in this Court's June 25, 2019 letter may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.3(a)(1).

/s/    ERIN A. NOWELL
JUSTICE